NF



**FILED**
**5/18/2016**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

APR 21 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Eddie Powell

Cook County

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart

ETAl. In his Offical

Capasity As Sherriff of

Cook County

_____
(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

1:16-cv-4558
Judge Rebecca R. Pallmeyer
Magistrate Judge Sidney I. Schenkier
PC5

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Eddie Powell

   B. List all aliases: N/A

   C. Prisoner identification number: R57187

   D. Place of present confinement: C.C.C

   E. Address: Cook County

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas Dart Chief

      Title: Sherriff of Cook County Jail

      Place of Employment: 2007 of May to 2007 June

   B. Defendant: Eddie Powell

      Title: L.I wastmungerment

      Place of Employment: N/A

   C. Defendant: N/A

      Title: N/A

      Place of Employment: N/A

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: N/A

   B. Approximate date of filing lawsuit: N/A

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Witness Travis Roby And Dantrell Allen And Antheny Nelson

   D. List all defendants: Thomas Dart # Sherriff of Cook county

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois, Eastern Division

   F. Name of judge to whom case was assigned: 

   G. Basic claim made: Health care And living conditions pain and suffering

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Living conditions Health care pain suffering 2015 to November to 2016 Feb 5, 2016

   I. Approximate date of disposition: Nov 24, 2015 to 2016 Feb 5, 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I'm writing this for a law suit for pain and suffering and my health care for my stay in Cook county. I was in Division 2 Dorm 4, There was no heat, it was 20° degrees, I had to sleep in all my cloths and it was still freezing. Also there was mold coming down from the ceiling. Since I entered Division 2 Dorm 4 I've been catching head colds and had a runny nose and sore throat I had the flu for two weeks. I put in for health care they didn't call me down for 20 days, and then they gave me a pain pill, and two of them in a pack and sent me back to the unit. I moved from Division 2 Dorm 4 to Division 1 ABO worker Unit my whole stay over there also was with no heat. Once again I asked Lt young she said they've been waiting on the engineer for some time now. The longer I stayed there they move me and closed the building down because it was comdeime

on Division 1 AB0 Then nobody suppose to been in Division 1 at all. Then I moved from there to Division 6 1C unit housing. And the same thing was happening over there. I put in so many grievances about no heat and cold air coming out the vents did nothing happen. And I became sick once again, sore throat, runny nose, head cold. They moved me to 1K unit housing, my toilet was not working for 2 weeks me and cell 2 Travis Roby and his celly Dontrell Allen I move up to cell 11 after 3 weeks but still when I move up in 11 cell there was cold air like A.C coming out the vents I told L.T McCoy and L.T Jones about it me and Anthony Nelson in cell 12 and they gave us another cover it still was freezing cold because it was cold outside it was cold air coming threw the window of my cell. They gave me 3 cold meals a day when I was supposed to atleast get one hot meal a day I put in so many grievances about my living conditions I still have not got back yet. To them it was just another paper to Me it was my life on the line. One day it was so

Cold for 3 days Straight I could not feel my hands. I thank you for listening to me. I feel the health care and living conditions there should be better. I'm sure we can come to an agreement on what I deserve Thank you And God bless

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Plaintiff is seeking medical Damages And physically Damages. Due to unliving conditions. No proper heating Temputeres To living Standerds. And As A resuit plaintiff Suffered medical malpractice. Plaintiff seeks Declaritay And punitive Damages in The Amount of 350,000.00 Dollars for Compusation for In Juries

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___4___ day of ___16___, 20 _16_

_Eddie powell_
(Signature of plaintiff or plaintiffs)

_Eddie Powell_
(Print name)

_R57187_
(I.D. Number)

_P.O. Box 999 Pinckneyville Illinois 62274_
(Address)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

0490319
170

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL # 2016 X 0462

### INMATE INFORMATION (Información del Preso)

INMATE LAST NAME (Apellido del Preso): Powell
INMATE FIRST NAME (Primer Nombre): Eddie
ID Number (# de identificación): 20151125160

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
170 - Living Conditions

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):
6 Supt.
DATE REFERRED: 1/20/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:
A task was created to address this wash.

PERSONNEL RESPONDING TO GRIEVANCE (Print): H. Dick
SIGNATURE: H. Dy
DIV. / DEPT.: 6
DATE: 1/20/16

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DIV. / DEPT.:
DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE (Firma del Preso): Eddie powell

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 2/1/16

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud del la apelacion del detenido): ___/___/___

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion):

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes (Si) ☐    No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)):
SIGNATURE (Firma del Administrador o / su Designado(a)):
DATE (Fecha): ___/___/___

INMATE SIGNATURE (Firma del Preso): H. Dy

DATE INMATE RECEIVED APPEAL RESPONSE:
(Fecha en que el Preso recibio respuesta a su apelacion): ___/___/___

FCN-48 (Rev. 09/14)    WHITE COPY – PROGRAM SERVICES    YELLOW COPY – CRW / PLATOON COUNSELOR    PINK COPY – INMATE



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE   ☒ NON-GRIEVANCE (REQUEST)

CONTROL #: NA

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME: Powell
INMATE FIRST NAME: Eddie
ID Number: 2015-1125160

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
ITO - Living Conditions

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**
An inmate wishing to file a grievance must do so within 15 days of the event he/she is grieving. However Security Staff has been made aware of your concerns.

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO:** Inmate Services A.M.

**DATE REFERRED:** 1/20/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
- Same as above -

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Supv. L. Hampton
**SIGNATURE:** Supv. Lesti
**DIV. / DEPT.:** I.S.
**DATE:** 1/21/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

**SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):**
**SIGNATURE:**
**DIV. / DEPT.:**
**DATE:** __/__/__

**NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):**
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE:** Eddie Powell

**DATE RESPONSE WAS RECEIVED:** 1/25/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** __/__/__

**INMATE'S BASIS FOR AN APPEAL:**

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** ☐ Yes  ☐ No

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:**

**ADMINISTRATOR / DESIGNEE:**
**SIGNATURE:**
**DATE:** __/__/__

**INMATE SIGNATURE:**
**DATE INMATE RECEIVED APPEAL RESPONSE:** __/__/__

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
|  | 0490519 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☒ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☒ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Powell | Eddie | 20151125160 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 6 | 1-K | 1-13-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 1-9-2016 | 7:45 AM | 1-C Div 6 |

There been no heat since I've entered Div 6 1-C and I've been catching headcold, running nose and sore throat when it's been below 0 degrees outside.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

Powell

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
|---|---|
|  | Eddie Powell |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| C. Gmrel | G. Gmrel | 1/20/16 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
|  |  |  |

(FCN-40)(APR15)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☑ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☑ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Powell | Eddie | 20151125160 |
| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
| 6 | 1-K | 1-18-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 1-18-16 | 10:30 AM | 1-K Div 6 |

I'm on 1-K and the same thing going on no heat every since I entered 1-K I've catching head cold, running nose, and sore throat. When it's 8° degrees outside

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)* |
|---|---|
| | Eddie Powell |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| C. Church | Church | 1/20/16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(APR15)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)